JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO IVAN RENTERIA-FRANCO,<br><br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant(s). | Case No. 2:24-cv-01694-RGK-MAAx<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On June 5, 2024, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [8] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint. To date, no response to the OSC has been filed. The Court orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: June 17, 2024

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE